UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE KING,<br><br>               Plaintiff,<br><br>   v.<br><br>CHASE BANKS, et al.,<br><br>              Defendants. | Case No. C24-0107-JNW<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 7, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). *See, e.g., King v. Supreme Court of Florida*, C22-0579-TL (Dkt. 6). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 2nd day of April, 2024.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1