UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE M. KING, | CASE NO. 2:24-cv-00107 |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| CHASE BANKS; STEIN BUCK, | |
| Defendants. | |

Pro se Plaintiff Nikie King pursues this action in forma pauperis (IFP). Dkt. No. 5. After reviewing the complaint under 28 U.S.C. § 1915(e)(2)(B), the Court found that King failed to state a claim on which relief may be granted. Dkt. No. 12. The Court also found that King has failed to prove timely service of process, has failed to comply with two scheduling orders, and has failed to prosecute this case. *Id.* Yet, despite noting that "[t]hese failures are grounds for dismissal[,]" the Court granted leave to amend the complaint and ordered King to submit an amended complaint within 30 days. *Id.* The Court expressly warned that "[f]ailure to do so will result in dismissal of this action under 28 U.S.C. § 1915(e)(2)(B)." *Id.* at 5.

**DISMISSAL** ORDER - 1

The time to respond has passed, and King has not complied with the Court's Order to submit an amended complaint. *See* Dkt. As such, the Court DISMISSES this action without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

It is so ORDERED.

Dated this 15th day of November, 2024.

Jamal N. Whitehead
United States District Judge